DANIEL J. BRODERICK, #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ALVIN FLORES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>                 Plaintiff, <br><br>       v. <br><br> ALVIN FLORES, <br><br>                 Defendant. | NO. 1:11-CR-00408 LJO <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER <br><br> Date:  April 2, 2012 <br> Time:  8:30 A.M. <br> Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for March 12, 2012, **may be continued to April 2, 2012 at 8:30 A.M.**

This continuance is requested by counsel for the defendant.  On March 2, 2012, the Presentence Investigation Report was provided to counsel, and on March 3, 2012, the government extended a plea offer for the defendant's consideration.  The defendant is housed at the Lerdo Detention Facility; the earliest defense counsel could schedule Mr. Flores' transportation to Fresno for an attorney interview was March 14, 2012. The parties are requesting the continuance to provide the defendant an opportunity to review the PSR and proposed plea offer with his attorney prior to the hearing.  Assistant U.S. Attorney Ian Garriques is not opposed to this request.  The requested continuance will conserve time and resources for both counsel and the court.

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for further defense
3  preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

```
                                          BENJAMIN B. WAGNER
                                          United States Attorney


DATED:  March 6, 2012             By  /s/ Ian Garriques
                                      IAN GARRIQUES
                                      Assistant United States Attorney
                                      Attorney for Plaintiff


                                          DANIEL J. BRODERICK
                                          Federal Defender


DATED:  March 6, 2012             By  /s/ Marc Days
                                      MARC DAYS
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      ALVIN FLORES
```

## ORDER

For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the interest of justice outweighs the interests of the public and the defendant in a speedy trial.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   March 7, 2012**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE